1022

## Willis ALLEN v. UNITED STATES of America.
### No. 9236.

Circuit Court of Appeals, Ninth Circuit.
March 29, 1940.

Ames Peterson, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and Russell K. Lambeau and Betty Marshall Graydon, Assts. U. S. Atty., all of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs filed, and after oral arguments of counsel thereon, ordered order of District Court affirmed, that a judgment be filed and entered accordingly; mandate to issue as provided in Rule 28.

## George C. HOLMBERG et al., Appellees, v. Russell P. MERRICK et al., Appellants.
### No. 119.

Circuit Court of Appeals, Second Circuit.
April 15, 1940.

White & Case and Morgan & Lockwood, all of New York City, and David Joyce, of Brooklyn, N. Y. (A. Hayne de Yampert and Thomas A. Sully, both of New York City, of counsel), for appellants.

Franklin S. Wood, of New York City (George Z. Medalie, Clarence Fried, and Louis Haimoff, all of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment, 24 F.Supp. 594, affirmed on authority of Russell v. Todd, 309 U.S. —, 60 S.Ct. 527, 84 L.Ed. —.

## Charles Levi JOHNSON, Appellant, v. NEW AMSTERDAM CASUALTY CO., Appellee.
### No. 9526.

Circuit Court of Appeals, Ninth Circuit.
June 3, 1940.

Raine Ewell, of San Francisco, Cal., for appellant.

McKinstry, Haber & Coombes and Peirce Coombes, all of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee, and there being no appearance on behalf of appellant or objection thereto, ORDERED motion granted, and appeal herein dismissed, for failure of appellant to file record and docket cause, that a judgment of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

## PARK WEST–RIVERSIDE ASSOCIATES, Inc., petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.
### No. 218.

Circuit Court of Appeals, Second Circuit.
April 15, 1940.

Harold J. Treanor, of New York City, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Richard H. Demuth, Sp. Atty., of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.